IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| THE FAIRCHILD CORPORATION., et al.,[1] | ) Case No. 09-10899 (CSS) |
|  | ) |
|  | ) Jointly Administered |
| Debtors. | ) |
|  | ) **Re: Docket No. 105** |

## CERTIFICATE OF SERVICE

I, Rafael X. Zahralddin-Aravena, Esquire, proposed Delaware & Co-Counsel for the Official Committee of Unsecured Creditor, hereby certify that I caused a copy of the Entry of Appearance and Request for Notices for Official Committee of Unsecured Creditors, to be served on April 7, 2009 via hand delivery on all local parties and via U.S. First Class Mail upon the remaining parties listed on the attached service list.

DATED: April 7, 2009

ELLIOTT GREENLEAF

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com

*Proposed Delaware & Co-Counsel for the Official Committee of Unsecured Creditors*

---

[1] The last four digits of Fairchild's federal tax identification number are 8587. The mailing address for Fairchild is 1750 Tyson's Boulevard, Suite 1400, McLean, VA 22102. Due to the large number of Debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed noticing and claims agent at http://chapter11.epiqsystems.com/fairchild.

| | |
|---|---|
| AIRGAS, INC.<br>MR. DAVID BOYLE<br>259 RADNOR-CHESTER ROAD, SUITE 100<br>P.O. BOX 6675<br>WAYNE, PA 19087-8675 | ATTORNEY GENERAL FOR THE STATE OF DELAWARE<br>JOSEPH R. BIDEN, III<br>CAVEL STATE OFFICE BLDG<br>820 N. FRENCH ST.<br>WILMINGTON, DE 19801 |
| BLANK ROME LLP<br>REGINA STANGO KELBON<br>ONE LOGAN SQUARE<br>130 NORTH 18TH STREET<br>COUNSEL TO PNC BANK<br>PHILADELPHIA, PA 19103-6998 | BANK OF AMERICA<br>SHAWN M. HOYER<br>SENIOR VICE PRESIDENT<br>8300 GREENSBORO DRIVE<br>MEZZANINE<br>MCLEAN, VA 22102 |
| BLANK ROME LLP<br>JASON W. STAIB<br>1201 MARKET STREET<br>SUITE 800<br>COUNSEL TO PNC BANK<br>WILMINGTON, DE 19801 | BDO SEIDMAN, LLP<br>LAURENCE W. GOLDBERG<br>4035 PREMIER DRIVE<br>SUITE 333<br>HIGH POINT, NC 27265 |
| BLANK ROME LLP<br>LAWRENCE F. FLICK, ESQ.<br>COUNSEL FOR PNC BANK, NATIONAL ASSOCIATION<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174-0208 | BRAYTON PURCELL LLP<br>ALAN R. BRAYTON, ESQ., CHRISTINA C. SKUBIC, ESQ.,<br>AND MATTHEW B. LEE, ESQ,<br>222 RUSH LANDING ROAD<br>NOVATO, CA 94945 |
| DINSMORE & SHOHL LLP<br>TIM J. ROBINSON<br>PATRICK D. BURNS<br>COUNSEL FOR MILACRON INC.<br>1900 CHEMED CENTER<br>255 EAST FIFTH STREET<br>CINCINNATI, OH 45202 | HEALTH INSURANCE GROUP FAIRCHILD REPUBLIC RETIREES<br>DAVID JORDAN<br>14 CHAPIN ROAD<br>FARMINGDALE, NY 11735 |

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114-0326 | JURIS, GENE<br>43185 BELGREEN DRIVE<br>ASHBURN, VA 20147 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ELIZABETH WELLER<br>COUNSEL FOR DALLAS COUNTY<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 | LIRETTE, JERRY R.<br>1547 KENSINGTON ROAD<br>BLOOMFIELD HILLS, MI 48304 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A<br>RACHEL B. MERSKY, ESQ.<br>COUNSEL FOR ACADIA STRATEGIC OPPORTUNITY FUND III<br>1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ROBERT J. DEHNEY<br>1201 NORTH MARKET STREET, 18TH FLOOR<br>P.O. BOX 1347<br>COUNSEL TO PHOENIX GROUP &<br>THE STALKING HORSE BIDDER<br>WILMINGTON, DE 19899-1347 |
| OFFICE OF THE U.S. TRUSTEE OF DELAWARE<br>844 KING STREET<br>SUITE 2207<br>LOCKBOX 35<br>ATTN: MARK KENNEY<br>WILMINGTON, DE 19801 | PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K STREET, N.W.<br>ATTN: SAMUEL C. BATSELL, ESQ.<br>WASHINGTON, DC 20005-4026 |
| PERSAVICH, WARREN<br>1750 TYSONS BLVD<br>SUITE 1400<br>MCLEAN, VA 22102 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>RICK B. ANTONOFF, ROBYN J. SCHNEIDER, & J. RUSSO<br>1540 BROADWAY<br>COUNSEL TO PHOENIX GROUP &<br>THE STALKING HORSE BIDDER<br>NEW YORK, NY 10036-4039 |

SECURITITES AND EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20005

SMITH KATZENSTEIN & FURLOW
KATHLEEN M. MILLER
COUNSEL FRO AIRGAS, INC.
800 DELAWARE AVENUE, 7TH FLOOR
PO BOX 410
WILMINGTON, DE 19899

STUMPE, WARREN R.
1531 W. GREENBRIER LANE
THIENSVILLE, WI 53092