# Exhibit 1 to the Undisclosed Contract Assignment Order

## Undisclosed Contracts

## List of Undisclosed Contracts

| Contract Description | Agreement Date | Debtor Name | Non-Debtor Name | Address for Notice | Cure $ |
|---|---|---|---|---|---|
| **Standard Terms and Conditions** | undated | DAC | TBC International | P.O. Box 652<br>Salado, TX 76571 | Zero |
| **Distribution Agreement** | 01/01/09 | DAC | Shadin L.P., DBA Shadin Avionics | 6831 Oxford Street<br>St. Louis Park, MN 55426 | Zero |
| **Distribution Agreement** | 12/10/2002 | DAC | AirCell, Inc. | 1172 Century Drive, Suite B 280<br>Louisville, CO 80027 | Zero |
| **Non-Disclosure Agreements with the following bidders from 363 sale process:** | | | | | |
| | 03/24/2009 | Sellers[1] | Acorn Growth Companies | 2701 Liberty Parkway, Ste 311<br>Midwest City, OK 73110<br>Attn: Mr. Jeff Davis | Zero |
| | 03/23/2009 | Sellers | Aerotech Holdings, Inc | 1100 S Pipeline Rd W, Euless TX 76040-6913, Attn. William Montgomery<br>Attn: President | Zero |
| | 03/23/2009 | Sellers | American Industrial Acquisition Corp | 300 Park Avenue<br>New York NY 10022,<br>Attn: Siobhan Sweeney- | Zero |

[1] Sellers mean Banner Aerospace Holding Company I, Inc., DAC International, Inc., Matrix Aviation, Inc., NASAM Incorporated, Professional Aircraft Accessories, Inc., Professional Aviation Associates, Inc., GCCUS, Inc., Fairchild Realty, LLC.

| Contract Description | Agreement Date | Debtor Name | Non-Debtor Name | Address for Notice | Cure $ |
|---|---|---|---|---|---|
| | | | | Cordova | |
| | 03/27/2009 | Sellers | Audax Group (Audax Management Company, LLC) | 101 Huntington Avenue, Boston, MA 02199, Attn: Edward A. Feuerstein, Principal | Zero |
| | 03/31/2009 | Sellers | Banner Acquisition Corp. | 17422 Pullman Avenue, Irvine CA 92614, Attn. Sami Levi, President | Zero |
| | 04/09/2009 | Sellers | Bertram Capital Management LLC | 800 Concar Drive Suite 100, San Mateo CA 94402, Attn: Kevin Yamashita, Vice President | Zero |
| | 03/24/2009 | Sellers | BlackEagle Partners, LLC | 6905 Telegraph Road, Suite 205, Bloomfield Hills, MI 48301, Attn: Bryan Tolles, Associate | Zero |
| | 04/09/2009 | Sellers | Brockway Moran & Partners Inc | 225 NE Mizner Boulevard, Suite 700, Boca Raton, FL 33432, Attn: Mark A. Eidemueller, Partner | Zero |
| | 03/20/2009 | Sellers | Brynwood Partners | 8 Sound Shore Drive, Suite 265, Greenwich, CT 06830, Attn: Joan Y. McCabe, Managing Partner | Zero |

| Contract Description | Agreement Date | Debtor Name | Non-Debtor Name | Address for Notice | Cure $ |
|---|---|---|---|---|---|
| | 05/07/2007 | Sellers | Cornerstone Capital Holdings | 875 N. Michigan Ave, Chicago IL 60611, Attn: Andrew Bushell, Principal | Zero |
| | 05/11/2009 | Sellers | Dart Helicopter Services LLC | 224 Lake Meadow Drive Gray, TN 37615, Attn: Jeff Shapiro, CEO | Zero |
| | 03/20/2009 | Sellers | Ellipse Capital, LLC | 150 N Michigan Avenue, Suite 2800 Chicago IL 60601 Attn: Mr. Peter Gotsch | Zero |
| | 04/16/2009 | Sellers | Eric Steiner | 33846 Foxlease Lane, Upperville, VA 20184 | Zero |
| | 03/24/2009 | Sellers | First Aviation Services Inc. | 15 Riverside Avenue, Westport CT 06880-4214, Attn: Aaron Hollander, Chairman and CEO | Zero |
| | 04/07/2009 | Sellers | GA Telesis (Skyworks Capital) | Prospect Park III, 5400 NW 35th Avenue Fort Lauderdale FL 33309, Attn: Mr. Abdol Moabery, President and CEO | Zero |
| | 04/20/2009 | Sellers | Global Parts, Inc. | 901 Industrial Road Augusta KS 67010, Attn: Mr. Troy Palmer, President | Zero |
| | 04/01/2009 | Sellers | Graham Partners, Inc. | 3811 West Chester Pike Building 2, Suite 200 | Zero |

| Contract Description | Agreement Date | Debtor Name | Non-Debtor Name | Address for Notice | Cure $ |
|---|---|---|---|---|---|
| | | | | Newtown Square, PA 19073, Attn: Dalibor Pivcevic | |
| | 03/24/2009 | Sellers | Greenwich Aero Group | 475 Steamboat Road Greenwich CT 06830, Attn: Gerald A. Goguen, Executive Vice President | Zero |
| | 04/11/2009 | Sellers | HEICO East Corporation | 825 Brickell Bay Dr, Suite 1644 Miami FL 33131, Attn: Bill Harlow, VP Corporate Development | Zero |
| | 04/14/2009 | Sellers | Insight Equity Management Company LLC | 1400 Civic Place, Suite 250 Southlake TX 76092-7641, Attn: Robert M. Strauss, Principal | Zero |
| | 03/26/2009 | Sellers | J.F. Lehman & Company | 450 Park Avenue, 6th Floor New York NY 10022, Attn: Carter S. Groves, Vice President | Zero |
| | 03/26/2009 | Sellers | Longroad Asset Management LLC | 177 Broad Street, Suite 1150 Stamford CT 06901, Attn: Paul J. Coughlin | Zero |
| | 05/07/2009 | Sellers | M7 Aerospace | 10823 NE Entrance RD San Antonio TX 78216, Attn: Jim Kirk | Zero |

| Contract Description | Agreement Date | Debtor Name | Non-Debtor Name | Address for Notice | Cure $ |
|---|---|---|---|---|---|
| | 04/06/2009 | Sellers | Messier Services International | Mr. Joel Berkoukchi, Chairman and CEO<br>Messier Services SA<br>36 avenue de l'europe<br>BP254, 78147<br>Velizy Cedex, France | Zero |
| | 04/01/2009 | Sellers | ONCAP Management Partners L.P. | 161 Bay Street, 48th Floor, Toronto Ontario<br>M5J 2S1 Canada<br>Attn: Katie McCullam | Zero |
| | 03/19/2009 | Sellers | Phoenix Banner Holdings | 110 East 59th St., 19th Floor<br>New York, NY 10022,<br>Attn: Philip S. Sassower | Zero |
| | 03/26/2009 | Sellers | Platinum Equity, LLC | 360 North Crescent Drive<br>South Building<br>Beverly Hills CA 90210,<br>Attn: Shaun N. Wright | Zero |
| | 04/01/2009 | Sellers | Platte River Ventures II, L.P. | 200 Fillmore Street, Suite 200<br>Denver CO 80206,<br>Attn: Gregory A. Sissel, Managing Director | Zero |
| | 03/26/2009 | Sellers | Ranger Aerospace LLC | Parkway Tower, Suite 500-8445 Freeport Parkway<br>Irving TX 75063,<br>Attn: Steve Townes, CEO | Zero |
| | 03/30/2009 | Sellers | Relativity Capital LLC | 909 Third Avenue, Suite 2931<br>New York NY 10022, | Zero |

| Contract Description | Agreement Date | Debtor Name | Non-Debtor Name | Address for Notice | Cure $ |
|---|---|---|---|---|---|
| | | | | Attn: Joyce Johnson-Miller | |
| | 03/20/2009 | Sellers | Resilience Capital Partners | 25101 Chagrin Blvd, Suite 350<br>Beachwood OH 44122,<br>Attn: Mr. Bassem Mansour, Co-CEO | Zero |
| | 03/27/2009 | Sellers | Risk Equity Partners | P.O. Box 3051<br>Burbank CA 91508-3051,<br>Attn: Mr. Sam Khoury,<br>Managing Partner | Zero |
| | 04/20/2009 | Sellers | Riverview Capital Advisors | 12355 Sunrise Valley Drive, Suite 305, Reston VA 20191,<br>Attn: David L. Talley,<br>Managing Director | Zero |
| | 05/08/2009 | Sellers | Rosen Partners LLC | 126 East 56th<br>New York NY 10022,<br>Attn: Jack Rosen,<br>Managing Member | Zero |
| | 03/24/2009 | Sellers | Stonewood Capital Management Inc | Three Gateway Center, 13 East<br>Pittsburgh PA 15222 | Zero |
| | 04/29/2009 | Sellers | Sun Capital Partners Group V, Inc. | 100 Park Avenue, 33rd Floor<br>New York NY 10017,<br>Attn: Stephen T. d'Incelli | Zero |
| | 04/20/2009 | Sellers | The Spectrum Capital Group, LLC | 472 Hope Street<br>Bristol RI 02809, Attn:<br>Thomas Bendheim,<br>Managing Director | Zero |

| Contract Description | Agreement Date | Debtor Name | Non-Debtor Name | Address for Notice | Cure $ |
| --- | --- | --- | --- | --- | --- |
| | 03/30/2009 | Sellers | VT Systems Inc | 99 Canal Center Plaza, Suite 220<br>Alexandria VA 22314-1588<br>Attn: Richard Elieff | Zero |
| | 03/06/2009 | Sellers | Watermill Group | One Cranberry Hill<br>750 Marrett Road, Suite 401<br>Lexington MA 02421, Attn: Benjamin P. Proctor, Partner | Zero |
| | 03/31/2009 | Sellers | Westex Group LLC | David J. Oliver<br>Westex Group LLC<br>8271 Sunnycroft Road<br>Richmond, B.C. Canada V6Y 1X5 | Zero |
| | 04/29/2009 | Sellers | Wexford Capital LP | Wexford Plaza, 411 West Putnam Avenue<br>Greenwich CT 06830, Attn: Arthur Amron, Partner and Secretary | Zero |
| **Non-Disclosure Agreement** | 10/18/2006 | NASAM | Daiki Yamaguchi | c/o NASAM Incorporated<br>601 Gateway Boulevard<br>Suite 1155<br>South San Francisco, CA 94080 | Zero |
| **Non-Disclosure Agreement** | 03/05/20001 | NASAM | Akira Yamamoto | c/o NASAM Incorporated<br>601 Gateway Boulevard<br>Suite 1155<br>South San Francisco, CA 94080 | Zero |

| Contract Description | Agreement Date | Debtor Name | Non-Debtor Name | Address for Notice | Cure $ |
|---|---|---|---|---|---|
| **Non-Disclosure Agreement** | 10/09/2008 | NASAM | Gnani Felix Ramos | c/o NASAM Incorporated<br>601 Gateway Boulevard<br>Suite 1155<br>South San Francisco, CA 94080 | Zero |
| **Non-Disclosure Agreement** | 05/05/2008 | NASAM | Fong Liem | c/o NASAM Incorporated<br>601 Gateway Boulevard<br>Suite 1155<br>South San Francisco, CA 94080 | Zero |
| **Non-Disclosure Agreement** | 09/28/2007 | NASAM | Kevin F. Gallagher | c/o NASAM Incorporated<br>601 Gateway Boulevard<br>Suite 1155<br>South San Francisco, CA 94080 | Zero |
| **Non-Disclosure Agreement** | 08/04/2008 | NASAM | Toshihiko Fujii | c/o NASAM Incorporated<br>601 Gateway Boulevard<br>Suite 1155<br>South San Francisco, CA 94080 | Zero |
| **Non-Disclosure Agreement** | 2/25/2005 | NASAM | Hiroshi Egawa | 601 Gateway Boulevard<br>Suite 1155<br>South San Francisco, CA 94080 | Zero |
| **Non-Disclosure Agreement** | 07/10/1998 | NASAM | Stephen Sharp | 401 Camille Circle #14<br>San Jose, CA 95134 | Zero |
| **Non-Disclosure Agreement** | 11/06/2006 | NASAM | Kiyoko Shibata Lin | 13165 Via Ranchero Dr.<br>Saratoga, CA 95070 | Zero |
| **Non-Disclosure Agreement** | 06/25/2004 | NASAM | Tony Lam | 43168 Palm Place<br>Freemont, CA 94540 | Zero |

| Contract Description | Agreement Date | Debtor Name | Non-Debtor Name | Address for Notice | Cure $ |
|---|---|---|---|---|---|
| **Non-Disclosure Agreement** | 08/27/2007 | NASAM | Takami Fujita | 59 Germania St.<br>San Francisco, CA 94117 | Zero |
| **Non-Disclosure Agreement** | 12/08/2006 | NASAM | Yutaka Suzuki | 1222 Oak Grove Ave, #306<br>Burlingame, CA 94010 | Zero |
| **Non-Disclosure Agreement** | 04/10/1998 | NASAM | Chih-sheng Lin | 2 Floor, No. 10-1<br>Alley 7, Lane 251, Sec. 3<br>Zhongxiao East Rd.<br>Taipei 106 Taiwan | Zero |
| **Agreement** | 05/16/1983 | NASAM | Masaaki Sato | 1545 Los Montes<br>Burlingame, CA 94010 | Zero |
| **Intellectual Property and Manufacturing Agreement** | 05/21/2009 | DAC | Digital Systems Engineering | 16100 North Greenway-Hayden Loop, Suite 850<br>Scottsdale, AZ 85620 | Zero |
| **Contract Modification No. 4 (contract no. 273159)** | 05/25/2009 | DAC | BAE Systems Information and Electronics Systems Integration, Inc. | Attn: Barbara Sellon<br>16880 Flight Systems Drive<br>Mojave, CA 93501 | Zero |
| **Subcontract (contract no. 662970)** | 05/06/2009 | DAC | BAE Systems Information and Electronics Systems Integration, Inc. | Attn: Barbara Sellon<br>16880 Flight Systems Drive<br>Mojave, CA 93501 | Zero |
| **Contract Modification No. 1 (contract no. 662970)** | 05/21/2009 | DAC | BAE Systems Information and Electronics Systems Integration, Inc. | Attn: Barbara Sellon<br>16880 Flight Systems Drive<br>Mojave, CA 93501 | Zero |
| **Gen-X Flight Bag Agreement** | 05/08/2009 | DAC | Skywest Inc. | 444 South River Road<br>St. George, UT 84790 | Zero |
| **Employment Agreement** | 07/02/2001 | DAC | Jim Moskal | c/o DAC International, Inc.<br>6702 McNeil Dr. | Zero |

| Contract Description | Agreement Date | Debtor Name | Non-Debtor Name | Address for Notice | Cure $ |
|---|---|---|---|---|---|
| | | | | Austin, TX 78720 | |
| **License Agreement** | 07/02/2001 | DAC | Galaxy Avionics, Inc. | 301 Toledo Trail<br>Georgetown, TX 78628<br>Attn: President | Zero |
| **Master Repair Agreement** | 05/06/2005 | Professional Aircraft Accessories, Inc. | Atlantic Southeast Airlines | 202 Liz Lane<br>Georgetown, TX 78628 | Zero |