**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE FAIRCHILD CORPORATION, et al.,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10899 (CSS)<br>)<br>) Jointly Administered<br>)<br>) **Re: Docket No. 255**<br>) |

**NOTICE OF AMENDMENTS TO SCHEDULES OF ASSETS
AND LIABILITIES OF THE FAIRCHILD CORPORATION (CASE NO. 09-10899)**

PLEASE TAKE NOTICE that on May 18, 2009, The Fairchild Corporation ("Fairchild") and the other debtors and debtors-in-possession in the above-captioned cases (collectively with Fairchild, the "Debtors"), filed their **Schedules of Assets and Liabilities** [Docket Nos. 255 through 376] (the "Schedules") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that today, The Fairchild Corporation, Case No. 09-10899, filed amendments to its Schedules with the Bankruptcy Court (the "Amended Schedules"). A copy of the Amended Schedules is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that if any of the claimants affected by the Amended Schedules hereto disagree with the nature, amount or classification of their claim(s) as reflected on the Amended Schedules, or any particular claim is scheduled as contingent, disputed or unliquidated, then each such claimant must file a proof of claim with respect to such claim(s). A

---

[1] The last four digits of Fairchild's federal tax identification number are 8587. The mailing address for Fairchild is 1750 Tysons Boulevard, Suite 530, McLean, VA 22102. Due to the large number of Debtors in these jointly-administered cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at http://chapter11.epiqsystems.com/fairchild.

copy of the proof of claim form may be obtained free of charge at http://chapter11.epiqsystems.com/fairchild.

| | |
|---|---|
| Dated: July 24, 2009<br>Wilmington, Delaware | **CURTIS, MALLET-PREVOST,<br>  COLT & MOSLE LLP**<br>Steven J. Reisman (SR-4906)<br>Timothy A. Barnes (TB-0409)<br>Veronique A. Hodeau (VH-8107)<br>101 Park Avenue<br>New York, New York 10178-0061<br>Telephone:   (212) 696-6000<br>Facsimile:    (212) 697-1559<br><br>- and -<br><br>**RICHARDS, LAYTON & FINGER, P.A.**<br><br>*/s/ Jason M. Madron*<br>Mark D. Collins (Bar No. 2981)<br>Michael J. Merchant (Bar No. 3854)<br>Jason M. Madron (Bar No. 4431)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:   (302) 651-7700<br>Facsimile:    (302) 651-7701<br><br>*Co-Counsel for the Debtors and Debtors-in-Possession* |