## Exhibit 1 to the Undisclosed Contract Assignment Order

## Undisclosed Contract

RLF1-3429606-1

| Contract Description | Agreement Date | Debtor Name | Non-Debtor Name | Address for Notice | Cure $ |
|---|---|---|---|---|---|
| Employment Agreement | 4/1/1997 | Professional Aviation Associates, Inc. | Thomas J. Chastain, Jr. | Thomas J. Chastain, Jr.<br>8588 Canal Road<br>Jonesboro, GA 30236<br>e-mail: Chastain@proaviation.com | Zero |

RLF1-3429606-1