IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE FAIRCHILD CORPORATION, et al.,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10899 (CSS)<br>)<br>) Jointly Administered<br>)<br>) Re: Docket No. 628<br>) |

**ORDER PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE
FURTHER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH THE
DEBTORS MAY FILE A PLAN AND SOLICIT ACCEPTANCES THEREOF**

Upon the Motion[2] of The Fairchild Corporation ("Fairchild") and the other debtors and debtors-in-possession in the above-captioned cases (collectively with Fairchild, the "Debtors") for entry of an order extending their Exclusive Periods in which to file a chapter 11 plan and solicit votes thereon; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of this Motion having been provided; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

---

[1] The last four digits of Fairchild's federal tax identification number are 8587. The mailing address for Fairchild is 1750 Tysons Boulevard, Suite 530, McLean, VA 22102. Due to the large number of Debtors in these jointly-administered cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at http://chapter11.epiqsystems.com/fairchild.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1-3429626-1

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The exclusive period for filing a plan is hereby further extended for each of the Debtors for thirty-two (32) days, from August 31, 2009 through and including October 2, 2009.

3. The Debtors' exclusive period for soliciting acceptances of a plan is hereby further extended for each of the Debtors for thirty-two (32) days from November 2, 2009 through and including December 3, 2009.

4. This Order is without prejudice to the Debtors' right to request any further extensions of the Exclusive Periods in accordance with section 1121 of the Bankruptcy Code.

5. This Order is effective immediately upon its entry.

6. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this order.

Dated: September 11, 2009
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE