**Hearing Date: Dec. 17, 2009 @ 11:00**
**Objections Due: Dec. 10, 2009 @ 4:00**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE FAIRCHILD CORPORATION, et al., | Case No. 09-10899 (CSS) |
| Debtors. | Jointly Administered |

## REQUEST FOR TEMPORARY ALLOWANCE OF CLAIMS AND RESERVATION OF RIGHTS REGARDING FINAL DETERMINATION OF CLAIM AMOUNTS

COME NOW Silas Mercer and the fifty-four additional parties listed on Exhibit A hereto (the "Plaintiffs") who are the plaintiffs in certain litigation styled as In re Profiler Products Liability Litigation, MDL Civil Case No. 03:06-CV-01748 (the "Litigation"), pending in the United States District Court for the Southern District of Illinois (the "District Court"), by and through their undersigned counsel, and pursuant to the requirements of the Debtors' Notice of: (I) Approval of Disclosure Statement, (II) Hearing on Confirmation of Plan, (III) Deadline and Procedures for Filing Objections to Confirmation of Plan, (IV) Treatment of Certain Unliquidated, Contingent or Disputed Claims for Voting and Distribution Purposes, (V) Voting Record Date, (VI) Deadline for Filing 3018 Motion and (VII) Voting Deadline for Receipt of Ballots (the "Notice") and Rule 3018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby submit their Request for Temporary Allowance of Claims and Reservation of Rights Regarding Final Determination of Claim Amounts (the "Motion").  In support of their Motion, the Plaintiffs respectfully state as follows:

1.    The Plaintiffs have asserted certain products liability and personal injury claims in the Litigation against D-M-E Company, Inc. ("D-M-E"), a subsidiary and successor of Milacron Inc. ("Milacron").  Debtors The Fairchild Corporation ("Fairchild") and RHI Holdings, Inc. ("RHI") were the predecessors of D-M-E and Milacron.  The Plaintiffs have filed proofs of claim (the "Claims") against both Fairchild and RHI with respect to their litigation claims.

2.    The Plaintiffs' claims relate to certain products manufactured and/or sold by D-M-E, Milacron, and/or their predecessors, Fairchild and RHI, as set forth in more detail in the Litigation and in the individual proofs of claim filed by the Debtors against Fairchild and RHI. In connection with their claims against D-M-E and Milacron, the Plaintiffs also hold potential claims against Fairchild and RHI as the predecessors of D-M-E and Milacron.  The Plaintiffs' claims against D-M-E, Milacron, Fairchild, and RHI remain unliquidated at this time, as the bankruptcy filings by those entities stayed the Litigation, and the Plaintiffs' claims have not yet been tried to judgment.

3.    As of the date of this Motion, the Plaintiffs are not aware of any objections having been filed to their Claims.

4.    The Debtors mailed their Notice to creditors on or about November 13, 2009 with respect to the approval of their disclosure statement, voting on confirmation of their proposed plan of liquidation (the "Plan"), and confirmation hearing.

5.    The Notice appears to indicate that all holders of claims to which the Debtors have objected or that remained "contingent, unliquidated or disputed" as of November 9, 2009 (the "Voting Record Date") are required to file a request under Bankruptcy Rule 3018 to have their claims temporarily allowed for purposes of voting on the Debtors' Plan and in order to assert objections to Plan confirmation at the confirmation hearing.  See Notice, § 4.

6.      However, Section 5 of the Notice indicates that all claims that remain "contingent, unliquidated or disputed" as of five business days prior to entry of the order approving the Debtors' disclosure statement "will be temporarily allowed for voting purposes only in the amount of $1.00." Notice, § 5.

7.      Accordingly, the Plaintiffs hereby request that their Claims be temporarily allowed in the amount of $1.00 each, subject to a later, final determination regarding the allowance and amounts of the Plaintiffs' claims, solely (i) for purposes of voting on the Debtors' proposed Plan, and (ii) to preserve the Plaintiffs' rights to appear at the confirmation hearing and to object to Plan confirmation. The Plaintiffs' request is consistent with Section 5 of the Notice and the purposes of Bankruptcy Rule 3018(a), which provides for the temporary allowance of unliquidated claims for purposes of accepting or rejecting a plan. Fed. R. Bankr. P. 3018(a).

8.      In addition, the Plaintiffs reserve all of their rights against the Debtors and all other parties with respect to their Claims, including, but not limited to, their rights (i) to request relief from the automatic stay for the purpose of liquidating their Claims in the District Court, (ii) to request that their Claims be estimated for purposes of voting and/or distributions under the Debtors' Plan (to the extent confirmed), (iii) to pursue their claims and rights against the Debtors' insurers or other third parties in connection with the Claims, and (iv) to object to the treatment of their Claims under the Plan.

WHEREFORE, the Plaintiffs respectfully request that this Court enter an order (i) temporarily allowing each of their Claims filed in the cases of Fairchild and RHI in the amount of $1.00 each for purposes of voting on the Plan and objections to Plan confirmation, (ii) recognizing the Plaintiffs' rights to vote on the Plan and to object to Plan confirmation, as they deem appropriate, (iii) preserving and reserving all of the Plaintiffs' rights against the

Debtors and all other third parties, including, but not limited to, the Debtors' insurers, with

respect to the Claims, and (iv) granting such other and further relief as is just and proper.

Dated: Dec. 1, 2009                          Respectfully submitted,

                                             BRYAN CAVE LLP


                                             By:____/s/ Michelle McMahon_____
                                                 Michelle McMahon (3900)
                                                 1290 Avenue of the Americas
                                                 New York, New York  10104
                                                 Telephone: (212) 541-2000
                                                 Facsimile: 212-541-4630
                                                 Michelle.mcmahon@bryancave.com

                                                 and

                                                 Lloyd A. Palans
                                                 Cullen K. Kuhn
                                                 211 North Broadway, Suite 3600
                                                 St. Louis, MO  63102-2750
                                                 Tele:  (314) 259-2000
                                                 Fax:  (314) 259-2020
                                                 ckkuhn@bryancave.com

                                             and

                                             BURTON NEWMAN, P.C.

                                                 Burton Newman
                                                 David Perney
                                                 231 South Bemiston Ave., Suite 910
                                                 St. Louis, Missouri  63105
                                                 Telephone:  (314) 863-4100
                                                 Facsimile:  (314) 863-4340

                                             Attorneys for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing Request for Temporary Allowance of Claims and Reservation of Rights Regarding Final Determination of Claim Amounts was sent via U.S. mail, first-class, postage prepaid, this 1st day of December, 2009 to the following:

The Fairchild Corporation, et al.
Attn:   Donald E. Miller, Esq.
1750 Tysons Boulevard, Suite 530
McLean, VA  22102

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn:   Steven J. Reisman, Esq.
        Timothy A. Barnes, Esq.
        Jerrold L. Bregman, Esq.
101 Park Avenue
New York, NY 10178

Richards, Layton & Finger, P.A.
Attn:   Mark D. Collins, Esq.
        Michael J. Merchant, Esq.
        Jason M. Madron, Esq.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Butler Rubin Saltarelli & Boyd LLP
Attn:   Neil L. Wolf, Esq.
        Karen M. Borg, Esq.
70 W. Madison Street, Suite 1800
Chicago, IL 60602-4257

Elliot Greenleaf
Attn:   Rafael X. Zahralddin-Aravena, Esq.
The Brandywine Building
1000 West Street, Suite 1440
Wilmington, DE  19801

Office of the United States Trustee
Attn:   Mark S. Kenney, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

/s/ Michelle McMahon
Michelle McMahon (3900)