# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE FAIRCHILD CORPORATION, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10899 (CSS)<br><br>Jointly Administered<br><br>Re: Docket No. 941 |

## ORDER PROVIDING
## LIMITED RELIEF FROM THE AUTOMATIC STAY
## TO THE STATE OF NEW YORK

Upon consideration of the Stipulation (the "Stipulation"), a copy of which is attached hereto as EXHIBIT 1, by and between counsel for the Fairchild Liquidating Trust (the "Liquidating Trust"),[2] as successor in interest to The Fairchild Corporation ("Fairchild"), Intersport Fashions West, Inc. ("IFW"), as successor in interest to Banner Aerospace, Inc. ("Banner Aerospace"), Republic Thunderbolt, LLC ("Republic Thunderbolt" and together with Fairchild and IFW, the "Subject Debtors") and the counsel for the New York State Commissioner of Transportation, agent for the People of the State of New York (individually, the "Department" and together with the Liquidating Trust, the "Parties"), it is hereby,

ORDERED that the Stipulation is APPROVED; and it is further

---

[1] The last four digits of Fairchild's federal tax identification number are 8587. The mailing address for Fairchild is 1750 Tysons Boulevard, Suite 530, McLean, Virginia 22102. Due to the large number of Debtors in these jointly administered cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' Solicitation and Claims Agent at http://chapter11.epiqsystems.com/fairchild.

[2] The Fairchild Liquidating Trust is the liquidating trust established under Section 8.1 of the Second Amended Joint Plan of Liquidation of The Fairchild Corporation and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code, as Amended (the "Plan"), as such Plan was confirmed on December 17, 2009 [Docket No. 887] and became effective on January 7, 2010 [Docket No. 907]. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan or the Stipulation, as applicable.

7051015

ORDERED that the Stay is modified solely to the extent expressly set forth in the Stipulation; and it is further

ORDERED that the Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of this Order and the Stipulation; and it is further

ORDERED that this Order shall not be modified, altered, amended or vacated without the prior written consent of all Parties hereto and the approval of the Bankruptcy Court; and it is further

ORDERED that the fourteen-day stay period under Bankruptcy Rule 4001(a)(3) is hereby waived, and this Order shall be effective immediately upon its entry; and it is further

ORDERED that this Order shall have the same force and effect as an order of the Bankruptcy Court executed in a motion on notice; and it is further

ORDERED that this Bankruptcy Court shall retain exclusive jurisdiction to hear and determine all matters arising from the implementation, interpretation, application or enforcement of this Order and the Stipulation and shall retain non-exclusive jurisdiction to hear and determine all matters arising from the implementation, interpretation, application or enforcement of the Taking Agreements.

Dated: February /2, 2010
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

7051015