IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| The Fairchild Corporation, et al. | : | Case No. 09-10899 |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No.: 1289 |
| | : | |

## **ORDER**

Upon consideration of the Orange County Water District's Motion for Entry of an Order Granting (1) Relief from the Plan Injunction and (2) Abstention under 28 U.S.C. § 1334(C) [D.I. 1289] filed on February 24, 2012 (the "Motion"); the Court having reviewed the Motion and the objections thereto; the Court having heard the statements of counsel and parties in interest regarding the Motion at a hearing before the Court on March 9, 2012 (the "Hearing"); and the Court finding that (1) the Court has jurisdiction over these matters, pursuant to 28 U.S.C. § 1334; (2) this is a core proceeding, pursuant to 28 U.S.C. § 157(b); (3) this Court has the judicial power to enter a final order; and (4) notice of the Motion and the Hearing was adequate under the circumstances;

IT IS HEREBY ORDERED THAT, for the reasons set forth at the Hearing, (1) Relief from the Plan Injunction is denied with prejudice and (2) Abstention under 28 U.S.C. § 1334(C) is denied without prejudice.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Date: March 9, 2012