# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE FAIRCHILD CORPORATION, *et al.*1, | Case No. 09-10899 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re D.I. 1789 |

| Affiliated Cases | Case Nos. |
|---|---|
| Sheepdog in Liquidation 1, Inc. | 09-10902 |
| Fairchild Technologies IP, Inc. | 09-10921 |
| Fairchild Sports USA, Inc. | 09-10914 |
| Intersport Fashions West, Inc. | 09-10941 |
| Republic Thunderbolt North, LLC | 09-10942 |

## FINAL DECREE AND ORDER CLOSING AFFILIATED CHAPTER 11 CASES

Upon consideration of the Motion of the Fairchild Liquidating Trust for Final Decree and Closing of Affiliated Chapter 11 Cases (the "Motion"); and notice of the Motion begin adequate and sufficient; and after due deliberation and sufficient cause appearing therefore; is it hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the above-captioned Affiliated Cases are hereby closed pursuant to section 350(a) of the Bankruptcy Code and Rule 3022 of the Federal Rules of Bankruptcy Procedure; and it is further

ORDERED, that the Court shall retain jurisdiction over any and all matters arising from or relating to the implementation of this Order.

Dated: August 20, 2018
Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge