# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE FAIRCHILD CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10899 (CSS)<br><br>Jointly Administered |

**ORDER EXTENDING THE TERM OF THE LIQUIDATING TRUST**

Upon consideration of the Motion[1] of the Liquidating Trustee for Entry of an Order Extending the Term of the Liquidating Trust (the "Liquidating Trust") by twenty-four (24) months, through and including January 7, 2023, without prejudice to the Liquidating Trustee's right to seek further extensions; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and Article XIV of the Plan; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that the relief requested in the Motion is necessary to facilitate or complete the recovery and liquidation of the Liquidating Trust; and this Court having determined that the relief requested in the Motion is in the best interests of the Liquidating Trust and its beneficiaries; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice or hearing is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefore:

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion or the Plan, as applicable.

1

2. The term of the Liquidating Trust is extended by twenty-four (24) months, through and including January 7, 2020.

3. The relief granted herein is without prejudice to the Liquidating Trustee's right to seek further extensions of the term of the Liquidating Trust.

4. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. This Order shall be effective immediately upon entry.

6. This Court shall retain jurisdiction to hear, determine, and enforce all matters arising from the interpretation, implementation, and/or terms of this Order.

Dated: _____, 2020