# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| The Fairchild Corporation, *et al.*, | ) | Case No. 09-10899 (JKS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**Re: Docket No. 1881**

## CERTIFICATE OF NO OBJECTION REGARDING TENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS (RECLASSIFY)

The undersigned hereby certifies as follows:

1. On October 3, 2022, the Fairchild Liquidating Trust (the "Trust") filed the *Tenth Omnibus (Substantive) Objection to Claims (Reclassify)* [Docket No. 1881] (the "Omnibus Objection").

2. Responses, if any, to the Omnibus Objection were required to have been filed with the Court on or before October 26, 2022.

3. The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the Omnibus Objection. The undersigned further certifies that she has caused the review of the Court's docket in this case and no answer, objection, or other responsive pleading to the Omnibus Objection appears thereon.

4. Accordingly, the Trust respectfully requests entry of the order submitted with the Omnibus Objection at the Court's earliest convenience.

DOCS_DE:241144.1 27302/001

Date: October 27, 2022

        **PACHULSKI STANG ZIEHL & JONES LLP**

        <u>/s/    *Mary F. Caloway*</u>
        Mary F. Caloway (No. 3059)
        919 North Market Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400
        Email: mcaloway@pszjlaw.com

        -and-

        **PORTER, WRIGHT, MORRIS & ARTHUR LLP**
        Karen M. Borg
        321 North Clark Street
        Suite 400
        Chicago, IL 60654
        Telephone:  (312) 756-8462
        Facsimile:  (312) 873-4382
        Email: kborg@porterwright.com

        *Counsel to the Fairchild Liquidating Trust*